UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RED MOUNTAIN BANK, NA,

    Plaintiff,

vs.                               CASE NO. 5:10cv100/RS-MD

EMERALD COAST CAR WASH, LLC;
LEE A SAGE; ROBERT PARKS; and
UNKNOWN PERSON OR ENTITY,

    Defendants.
_____/

## ORDER

The Initial Scheduling Order dated July 6, 2010 (Doc. 21) is **vacated**.

**ORDERED** on July 6, 2010.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**