**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


RED MOUNTAIN BANK, N.A.,

      Plaintiff,

vs.                                                    CASE NO. 5:10-cv-100/RS/MD

EMERALD COAST CAR WASH,
LLC, et al.,

      Defendants.
_____/

## ORDER

The relief requested by Plaintiff's unopposed Motion to Drop Party from

Action (Doc. 24) is **GRANTED**. The unknown person or entity in possession of

22431 Panama City Beach Parkway is dropped from this action.


      **ORDERED** on July 8, 2010.


/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**