IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RED MOUNTAIN BANK, N.A.,**

    **Plaintiff,**

vs.                                            CASE NO. 5:10-cv-100/RS-MD

**EMERALD COAST CAR WASH, LLC,
LEE A. SAGE, ROBERT PARKS,
and UNKNOWN PERSON OR
ENTITY IN POSSESSION OF 22431
PANAMA CITY BEACH PARKWAY,**

    **Defendants.**
_____/

## **ORDER**

Before me is the Notice of Forbearance Agreement (Doc. 39). Pursuant to N.D. Fla. Loc. 16.2 it is ordered:

1. The case is dismissed from the active docket of the court.

2. In the event that the forbearance agreement is not consummated, the court reserves jurisdiction, upon motion filed by any party within sixty days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case. The Parties' request that the court retain jurisdiction for 180 days is denied.

3. The clerk is directed to close the file of this case for administrative purposes, and upon the expiration of sixty days without activity, the clerk is direct to close the case in its entirety for all purposes.

4. The United States Marshals Service is directed to cancel the foreclosure sale scheduled for September 30, 2010.

**ORDERED** on September 21, 2010

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**